# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

| | | |
|---|---|---|
| **ASHER BRONSTIN**<br>*Plaintiff*<br>v.<br>**SUTTON FUNDING NY INC., HENRY GROSS**<br>*Defendant* | ) | Civil Action No. 2:24-cv-04116-SIL |

## AFFIDAVIT OF NONSERVICE

I, Bryan Faulker, affirm and state:

The undersigned hereby affirms and says: Bryan Faulker is not a party to the action, is over 18 years of age and resides at Westwood..

After careful inquiry and diligent attempts, I was unable to serve Henry Gross as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: August 28, 2024 6:16 pm
Address: 400 East 59th Street, New York, NY 10022
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.759744,-73.761547
Description of attempt: DOORMAN SAID HE MOVED OUT 3 YEARS AGO.

Serve Attempt #2
Date / Time: September 6, 2024 8:00 am
Address: 22 Tody Bole Ln, Harwich, MA 02645
Photo: None
Description of attempt: Spoke with Mrs. Diana Gross, Mother. She stated that Henry does not live at this address and would not give additional information.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

/ s/ Bryan Faulkner

Signature

Executed in norfolk, MA on 09/12/2024.

Server Name: Bryan Faulkner

License#:


Exhibit 1a)
400
Cellular DT : 2024:08:28 18:16:34
Device DT : 2024:08:28 18:16:37
40.759744, -73.961547
GPS/NETWORK