# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

| | | |
|---|---|---|
| **ASHER BRONSTIN, individually and on behaif of ail others similarly situated**<br>*Plaintiff*<br>v.<br>**SUTTON FUNDING NY INC. and HENRY GROSS**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-cv-04116-SIL |

## AFFIRMATION OF NONSERVICE

I, Bernard Bruno, affirm and state:

The undersigned hereby affirms and says: Bernard Bruno is not a party to the action, is over 18 years of age and resides at 12 Brooklyn Ave, 411, Valley Stream, NY 11581.

After careful inquiry and diligent attempts, I was unable to serve Henry Gross as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: July 22, 2024 12:59 pm
Address: 157 East 81st Street, Apartment 4C, New York, NY 10028
Photo: See Exhibits 1a, 1b, 1c, 1d below
Geolocation: https://google.com/maps?q=40.7760903909,-73.9571091872
Description of attempt: I spoke with the tenant of 4c, she informed me this subject is the old tenant, since February.

Total Cost: $95.00
I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

New York County,

NY on 7/31/2024.

/s/ Bernard Bruno

Signature
Server Name: Bernard Bruno
License#: 2117056-DCWP



Exhibit 1a)



Exhibit 1b)


Exhibit 1c)
4C


Exhibit 1d)
COBERT
APT 4C
VOLOUDAKIS / ALAGIOZIDOU
5A
KEFALIDIS & METZGEP